IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM WAYNE PIERCE                                              PLAINTIFF

v.                         No. 4:12-cv-444-DPM

CAROLYN W. COLVIN, Commissioner,
Social Security Administration                                    DEFENDANT

## JUDGMENT

The Court affirms the Commissioner's decision and dismisses Pierce's complaint with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2013